IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00473-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONARD JOSHUA McGRAW,

      Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE

---

      This matter is before the Court on Defendant's Motion to Modify Bond Conditions

(Dkt. # 20).  The government is DIRECTED to respond to this motion no later than

**5:00 p.m. December 21, 2005.**

      DATED: December 16, 2005

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____

                                  Phillip S. Figa
                                  United States District Judge