IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00473-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD JOSHUA McGRAW,

    Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition was filed in the above matter on July 1, 2004. A Change of Plea hearing is set for **January 27, 2006 at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on January 25, 2006.** <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for January 4, 2006, and the three-day trial date in this matter, set to begin January 9, 2006, are VACATED.

DATED: December 23, 2005        BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge