**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00473-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LEONARD JOSHUA MCGRAW,

        Defendant.
_____

**ORDER**
_____

      This case is before me on Defendant's Motion to Amend Judgment and Commitment Order (Doc 36), Government's Response (Doc 37), and Defendant's Motion to Order This Court Not to Allow the B.O.P. to Setup the Defendant's Payment Schedule (Doc 39). Upon review of the documents, it is

      ORDERED that Defendant's motions are DENIED for lack of jurisdiction.

                  BY THE COURT:


                  __ s/Lewis T. Babcock_____
                  Lewis T. Babcock, Judge

Dated:  February 20, 2008