**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00473-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     LEONARD JOSHUA MCGRAW,

      Defendant.
_____

**ORDER**
_____

On May 1, 2006, Judgment was entered upon Defendant's pleas of guilty to two counts of bank robbery in violation of 18 U.S.C. § 2113(a). Defendant was sentenced to a total term of 63 months on each count to be served concurrently.

Defendant has filed his pro se "Motion to Request Com-Cor to Release There Insurance Carrier and Policy Number" (Doc 42). Defendant states that he needs to know this information because he is filing a tort claim and Com-Cor and the halfway house will not provide him with information for filing his claim.

I know of no authority or jurisdiction in the above-captioned matter to grant the relief requested. Accordingly

IT IS ORDERED that Defendant Motion (Doc 42) is DENIED.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

Dated: February 25, 2008